UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                       CASE NO.    15-10045-TMD

**MIRI SUZANNE HIMES**

**DEBTOR**                                                   CHAPTER 13

<u>**TRUSTEE'S OBJECTION TO THE UNSECURED CLAIM OF
ARMY & AIR FORCE EXCHANGE SERVICES (CLAIM NO.
9 PER PACER)**</u>

This pleading requests relief that may be adverse to your interests.

**If no timely response is filed within twenty-one (21) days from the date of service, no hearing will be held and the relief requested in the motion will be granted without a hearing being held. A timely response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U. S. BANKRUPTCY JUDGE:

      COMES NOW Deborah B. Langehennig, Trustee ("Trustee"), the chapter 13 trustee in the above referenced case, and files her *Objection to the Unsecured Claim of ARMY & AIR FORCE EXCHANGE SERVICES (Claim No. 9 per PACER),* and would respectfully show the Court as follows:

I.

      On April 17, 2015, ARMY & AIR FORCE EXCHANGE SERVICES ("Claimant"), filed its unsecured claim, claim no. 9 per PACER, in this case in the amount of $5,660.25.

II.

      Trustee objects to the claim for the reason that Claimant has provided insufficient documentation evidencing the basis for the claim or of the liability of the Debtors on such debt as required by Bankruptcy Rule 3001(c).

      WHEREFORE, PREMISES CONSIDERED, Trustee prays that the claim of ARMY & AIR FORCE EXCHANGE SERVICES, in the amount of $5,660.25 be disallowed as an unsecured claim against the estate in its entirety.

        Respectfully submitted,

        /s/ Deborah B. Langehennig

        Deborah B. Langehennig
        3801 S Capital Of Texas Hwy
        Suite 320
        Austin, TX 78704-6640
        (512) 912-0305

*Proposed order attached as exhibit

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                      CASE NO.   15-10045-TMD

MIRI SUZANNE HIMES
DEBTOR                                               CHAPTER 13

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtor, the Debtor's Attorney of Record, and all creditors at the addresses listed below on or about April 30, 2015.

MIRI SUZANNE HIMES
127 POMEGRANATE COVE
KYLE, TX  78640

HEIMER LAW OFFICES PC
6633 HIGHWAY 290 EAST
SUITE 205
AUSTIN, TX  78723
(SERVED ELECTRONICALLY)

BUCKLEY MADOLE PC
14841 DALLAS PKWY, STE 300
DALLAS, TX  75254

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 17428
AUSTIN, TX  78760-7428

MCCREARY VESELKA BRAGG ALLEN
PO BOX 1269
ROUND ROCK, TX  78680

ARMY & AIR FORCE EXCHANGE SERVICES
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD, STE 200
TUCSON, AZ  85712

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
 (SERVED ELECTRONICALLY)

                                             Respectfully submitted,

                                             /s/  Deborah B. Langehennig

                                             Deborah B. Langehennig
                                             3801 S Capital Of Texas Hwy
                                             Suite 320
                                             Austin, TX  78704-6640
                                             (512) 912-0305

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE:                                      CASE NO. 15-10045-TMD

**MIRI SUZANNE HIMES**

## ORDER GRANTING TRUSTEE'S OBJECTION TO THE UNSECURED CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES (CLAIM NO. 9 PER PACER)

On this date came to be considered the *Trustee's Objection to the Unsecured Claim of ARMY & AIR FORCE EXCHANGE SERVICES (Claim no. per PACER)*, and it appearing to the Court that said claim should be disposed of as follows, it is therefore

ORDERED that the Trustee's objection is hereby granted, and it is further

ORDERED that the unsecured claim of ARMY & AIR FORCE EXCHANGE SERVICES, filed on April 17, 2015, in the amount of $5,660.25 be disallowed as an unsecured claim against the estate in its entirety.

ORDERED that a copy of this order will be served by the clerk's office upon the claimant, ARMY & AIR FORCE EXCHANGE SERVICES, % BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, STE 200, TUCSON, AZ 85712

###

ORDER PREPARED BY:

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305